BRADLEY M. BATES v. BERNARD L. DESENBERG ET AL.

*Taxation of costs—Counsel fee.*

Counsel who have prepared for hearing are not deprived of their right to a full counsel fee by the fact, merely, that the case was disposed of on grounds not raised in the argument.

Motion for retaxation of costs. Submitted October 4, 1881. Denied October 5.

*Pope & Hart* for the motion.

*Padgham & Padgham* against.